UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON ALAN DUNNIGAN,

    Defendant.

Case: 1:22-cr-20518
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-12-2022

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### Transferring Obscene Material to a Minor
### (18 U.S.C. § 1470)

On or about May 17, 2022, in the Northern Division of the Eastern District of Michigan, **Jason Alan Dunnigan**, by means of interstate commerce, knowingly transferred obscene material to Minor Victim 1 (MV1), who had not attained the age of 16 years, knowing that MV1 had not attained the age of 16 years, in violation of Title 18 United States Code, Section 1470.

# FORFEITURE ALLEGATIONS
## (18 U.S.C. § 1467)

Pursuant to Title 18, United States Code, Section 1467, upon conviction of the offense charged in Count 1 of this Indictment, the defendant's interest in the following property shall be forfeited to the United States:

(1) any obscene material produced, transported, mailed, shipped, or received in violation of the charged offense;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Dated: October 12, 2022

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN M. ISON
United States Attorney

s/Roy R. Kranz
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     x No

Case: 1:22-cr-20518
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-12-2022

**Case Title:** USA v. Jason Alan Dunnigan

**County where offense occurred:** Isabella

**Check One:** X Felony    __ Misdemeanor    __ Petty

```
    X   Indictment/___Information ---  no prior complaint.
        Indictment/___Information ---  based upon prior complaint []
        Indictment/___Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: October 12, 2022

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.